**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
ANDREW C. HAMILTON (299877)
*andrew@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

<u>**Counsel for Plaintiff**</u>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ALTES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | **PLAINTIFF'S CLRA VENUE AFFIDAVIT** |

I, Steve Altes, declare under penalty of perjury as follows:

1. I am the plaintiff in this action. I make this affidavit pursuant to California Civil Code Section 1780(d).

2. The Complaint is filed in the proper place for the trial of this action because I purchased the La Choy noodles, as pictured and described in the complaint, several times during the class period in Los Angeles County.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 25, 2018 in _____Valencia_____, California.

_____
Steve Altes