1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
4  San Diego, CA 92110
   Telephone: (619) 798-2006
5  Facsimile:  (619) 343-2789

6  <u>**Counsel for Plaintiff**</u>

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12  STEVE ALTES, on behalf of himself and all others similarly situated, | Case No: 2:19-cv-3952-R-SKx  Pleading Type: Class Action |
| 13 | |
| 14        Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CI. P. 41(A)(1)(a)(i)** |
| 15      v. | |
| 16 | |
| 17  CONAGRA BRANDS, INC., | Judge: The Honorable Manuel L. Real |
| 18         Defendant. | |
| 19 | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff Steve Altes hereby voluntarily dismisses this action in its entirety with prejudice.

DATED: August 1, 2019                    Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiff**